AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America<br>v.<br>Guillermo Alexis Huerta Lopez<br>*Defendant(s)* | Case No. 3:22-mj-00091 |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 4, 2022__ in the county of __Marion__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) and 841(b)(1)(B)(vi) | Distribution of 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of DEA Special Agent Jeffrey Thomas.

☑ Continued on the attached sheet.

/s/ By phone
*Complainant's signature*

Jeffrey Thomas, Special Agent, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __4:26pm__ a.m./p.m.

Date: __May 18, 2022__

*Judge's signature*

City and state: __Portland, Oregon__    Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*